# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA TREJO, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:22-cv-03603 |
| v. | ) ) | Hon. Steven C. Seeger |
| SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company. | ) ) ) ) ) | Magistrate Hon. Jeffrey Cummings |
| *Defendant.* | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Christina Trejo hereby voluntarily dismisses this action without prejudice.

1. On July 12, 2022, Plaintiff filed her Class Action Complaint against Defendant in the Northern District of Illinois that was assigned to this Court. (Dkt. 1.)

2. On August 12, 2022, Plaintiff filed her First Amended Class Action Complaint against Defendant. (Dkt. 12.)

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before the defendant serves either an answer or a motion for summary judgment. Defendant has neither answered the Class Action Complaint filed by Plaintiff nor served a motion for summary judgment.

4. Accordingly, Plaintiff hereby voluntarily dismisses the action without prejudice as to all claims asserted by Plaintiff and the putative class.

Dated: November 7, 2022  Respectfully Submitted,

                                                          MCGUIRE LAW, P.C.

                                          By: /s/ Eugene Y. Turin

                                          Eugene Y. Turin
                                          MCGUIRE LAW, P.C.
                                          55 W. Wacker Drive, 9th Floor
                                          Chicago, Illinois 60601
                                          Tel: (312) 893-7002
                                          Fax: (312) 275-7895
                                          eturin@mcgpc.com

                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 7, 2022, I caused the foregoing *Plaintiff's Notice of Voluntary Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record

/s/   Eugene Y. Turin